UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ERNESTO R., | Case No.: 20cv1959-MDD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |
| | [ECF No. 15] |

On October 5, 2020, Plaintiff Ernesto R. filed this social security appeal challenging the denial of his application for disability insurance benefits. (ECF No. 1). On October 29, 2021, the Court granted the parties' joint motion for voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 13). The parties now stipulate to an award to Plaintiff of attorneys' fees and expenses in the amount of $5,400.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 15 at 1).

The EAJA allows a prevailing party to seek attorney's fees from the

United States within thirty days of final judgment.  28 U.S.C. § 2412(d).  "A sentence four remand becomes final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal."  *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).  If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from.  *See* Fed. R. App. 4(a)(1)(B).  "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees."  *Akopyan*, 296 F.3d at 854.  Therefore, Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Accordingly, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees and expenses in the total amount of **$5,400.00**.  Fees will be made payable to Ernesto R., but if the Department of Treasury determines that Ernesto R. does not owe a federal debt, then the government will cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Ernesto R.  Any payments will be delivered to Monica Perales.

**IT IS SO ORDERED**.

Dated:   January 13, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge